UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PETER L. CAVANAUGH,**
       Plaintiff,

Case No. 04-71738

v.

HONORABLE DENISE PAGE HOOD

**COMCAST ADVERTISING SALES,
INC., a foreign corporation, COMCAST
CORPORATION OF FLINT, INC., f/k/a
COMCAST CABLEVISION CORP., a foreign
corporation, and HAROLD DAVIS, a/k/a
CORKY DAVIS, an individual,**
       Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

Accordingly, judgment is entered in favor of Defendants Comcast Advertising Sales, Comcast Corporation of Flint, Inc. And Harold Davis and against Plaintiff.

          DAVID J. WEAVER
          CLERK OF THE COURT

Approved:                      By: s/ Wm. F. LEWIS
                                    Deputy Clerk

/s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2006, by electronic and/or ordinary mail.

          s/William F. Lewis
          Case Manager